KIRK W. McALLISTER
McALLISTER & McALLISTER, INC.
State Bar No. 47324
1012 11th Street, Ste. 100
Modesto, CA 95354
(209)575-4844/ (209)5750240 Fax

Attorney for Defendant
ANAYA L. HALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>vs.<br><br>ANAYA L. HALL,<br>         Defendant | CASE NO. 6:10-MJ-00029<br><br>STIPULATION RE: CONTINUANCE<br>AND ORDER |

    Defendant ANAYA L. HALL, by and through her attorney, KIRK McALLISTER, and the United States of America, by and through its representative, SUSAN ST. VINCENT, Legal Officer, hereby enter into the following stipulation:

    1. The parties to the above-captioned matter agree to vacate the May 4, 2010 initial court hearing and reset the hearing date to May 25, 2010 at 10:00 a.m.

///

///

///

2. The parties stipulate that the brief continuance is necessitated due to defense counsel having a preliminary hearing scheduled in the Stanislaus County Superior Court on May 4, 2010 at 8:30 a.m.

Dated: April 27, 2010                                  Respectfully Submitted,

/s/ Kirk McAllister
Kirk McAllister
Attorney for Defendant
ANAYA L. HALL


/s/ Susan St. Vincent
Legal Officer

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current May 4, 2010 initial court hearing is hereby vacated and reset to May 25, 2010.

Dated: _____

Michael J. Seng
U.S. Magistrate Judge