Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANAYA L. HALL<br><br>        Defendant. | CASE: 6:09-MJ-029-MJS<br><br>STIPULATION TO VACATE<br> STATUS CONFERENCE AND<br>SET TRIAL DATE; AND.<br>ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Anaya Hall, and her attorney of record, Kirk McAllister, that the Status Conference in the above-captioned matter currently scheduled for August 10, 2010 be vacated, and the matter be set for Bench Trial on October 13, 2010, at 10:00 a.m, and a Trial Confirmation Hearing be set for September 9, 2010 at 10:00 a.m.

Dated: August 9, 2010          /s/ Susan St. Vincent
                               Susan St. Vincent
                               Acting Legal Officer for
                               National Park Service

Dated: August 9, 2010          /S/ Kirk W. McAllister
                               Kirk W. McAllister
                               Attorney for Defendant
                               Anaya L. Hall

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Status Conference, now set for August 10, 2010, and set for Bench Trial on October 13, 2010, at 10:00 a.m., and set a Trial Confirmation Hearing on September 9, 2010 at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Status Conference set for August 10, 2010, is vacated.
2. The above-captioned matter is now set for Bench Trial on October 13, 2010.
3. A Trial Confirmation Hearing will be set on September 9, 2010.

IT IS SO ORDERED.

Dated:   August 10, 2010          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2